# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143661-2 & (40)(43)(45)(47)(48)(59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re Application of MICHIGAN
CONSOLIDATED GAS COMPANY to
Increase Rates

_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellant,
and

UTILITY WORKERS UNION OF AMERICA
AFL-CIO LOCAL 223,
      Appellee,
and

MICHIGAN CONSOLIDATED GAS
COMPANY,
      Petitioner-Appellee,
      Cross-Appellant.

_____/

SC: 143661
COA: 298830
Public Service Comm: 00-015985

In re Application of MICHIGAN
CONSOLIDATED GAS COMPANY to
Increase Rates

_____

ATTORNEY GENERAL,
      Appellee, Cross-Appellant,

v

SC: 143662
COA: 298887
Public Service Comm: 00-015985

MICHIGAN PUBLIC SERVICE COMMISSION,
        Appellant,
and


UTILITY WORKERS UNION OF AMERICA
AFL-CIO LOCAL 223,
        Appellee,
and

MICHIGAN CONSOLIDATED GAS
COMPANY,
        Petitioner-Appellee,
        Cross-Appellant.

_____/

      On order of the Court, a stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal the July 21, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant filed by the Michigan Consolidated Gas Company is considered.  The application for leave to appeal and the Michigan Consolidated Gas Company's application for leave to appeal as cross-appellant are DISMISSED with prejudice and without costs.  The motions for leave to file briefs amicus curiae are DENIED as moot.  The application for leave to appeal as cross-appellant filed by the Attorney General is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012                                      _____

t0319                                                     Clerk